UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CAIRO, an individual, SEDALE ADAMS, an individual, and ASAIAH SQUITIERI, an individual, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>QUEST NUTRITION, LLC,<br><br>Defendant. | Case No.: 8:17-cv-00137-CJC-KES<br><br>**ORDER DISMISSING FIRST AMENDED CLASS ACTION COMPLAINT**<br><br>Complaint Filed: January 25, 2017<br>Trial Date: June 25, 2019<br><br>Judge: Hon. Cormac J. Carney |

The Court has received and reviewed the Joint Stipulation to Dismiss the First Amended Class Action Complaint. Because there has been no class certified in this action, no court approval is necessary for the voluntary dismissal of the action (See Rule 23(e)).

**IT IS HEREBY ORDERED THAT** pursuant to Rule 41(a)(1)(A)(ii):

1. Plaintiffs' individual claims in the First Amended Class Action Complaint are hereby dismissed with prejudice; and
2. All of the Plaintiffs' putative class claims on behalf of the alleged putative class members are hereby dismissed without prejudice.

Dated: March 12, 2018

HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE